1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RAUL LOPEZ

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    ) No. CR-S-08-069 EJG
14                              )
                  Plaintiff,    )
15                              ) STIPULATION AND ORDER TO CONTINUE
       v.                       ) STATUS CONFERENCE
16                              )
   RAUL LOPEZ,                  )
17                              ) Date:  March 28, 2008
                  Defendant.    ) Time:  10:00 a.m.
18                              ) Judge: Hon. Edward J. Garcia
   _____)
19

20
        It is hereby stipulated between the parties, Kyle Reardon,
21
   Assistant United States Attorney, attorney for Plaintiff, and Caro
22
   Marks, attorney for defendant Raul Lopez, as follows:
23
        The Status Conference date of March 21, 2008 should be continued
24
   until March 28, 2008.
25
        Defense counsel just received the Alien Pre-Plea Presentence
26
   Report and needs additional time to review it with the defendant.
27
   Counsel also needs additional time to review the defendant's prior
28

1  convictions with him. Since defense counsel will be away the week of
2  March 17, the parties agree and stipulate to continue the matter to
3  March 28, 2008.
4       IT IS STIPULATED that the period from the signing of this Order
5  up to and including March 28, 2008 be excluded in computing the time
6  within which trial must commence under the Speedy Trial Act, pursuant
7  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
8  counsel and ongoing preparation of counsel.
9  Dated: March 11, 2008
10                                   Respectfully submitted,
11                                   DANIEL BRODERICK
                                     Federal Defender
12
13                                   /s/ Caro Marks
                                     _____
14                                   CARO MARKS
                                     Assistant Federal Defender
15                                   Attorney for Defendant
                                     RAUL LOPEZ
16
17 Dated: March 11, 2008
18                                   MCGREGOR SCOTT
                                     United States Attorney
19
20                                    /s/ Kyle Reardon
21                                   KYLE REARDON
                                     Assistant U.S. Attorney
22
23                                ORDER
24
25       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the status conference presently set for March 21, 2008, be
27 continued to March 28, 2008, at 10:00 a.m.  Based on the representation
28 of defense counsel and good cause appearing therefrom, the Court hereby

Name of Pleading: Lopez s/o       -2-

finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the March 28, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   March 11, 2008

/s/ Edward J. Garcia
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Name of Pleading: Lopez s/o        -4-