OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

## MEMORANDUM

**FILED**
JUL - 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATE: July 8, 2008

TO: Colleen Lydon, Courtroom Clerk to
Honorable Edward J. Garcia

FROM: B. Cricket Fox, Secretary on behalf of
Matthew C. Bockmon, Assistant Federal Defender

SUBJECT: United States v. Raul Lopez
CR-S-08-069-EJG

---

This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for July 11, 2008, is to be continued one week to **Friday, July 18, 2008 at 10:00 a.m.**

Counsel for Mr. Lopez will be out of the district.

The Courtroom Clerk, Assistant United States Attorney Kyle Reardon, and Supervising United States Probation Officer Karen Meusling have been notified of the new date.

IT IS SO ORDERED.

Dated: July 7, 2007

EDWARD J. GARCIA
United States District Court

/cf
cc: Kyle Reardon, AUSA (ECF)
Karen Meusling, USPO
Raul Lopez