**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:     July 15, 2008

TO:       Colleen Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     Debra Lancaster, Secretary on behalf of
          Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:  United States v. Raul Lopez
          CR-S-08-069-EJG

---

      This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for July 18, 2008, is to be continued to **Friday, August 8, 2008 at 10:00 a.m.**

      The Courtroom Clerk, Assistant United States Attorney Kyle Reardon, and Supervising United States Probation Officer Karen Meusling have been notified of the new date.

**IT IS SO ORDERED**.

Dated: July 15, 2008                    /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court

/dl
cc:   Kyle Reardon, AUSA (ECF)
      Karen Meusling, USPO
      Raul Lopez