**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M

DATE:       August 6, 2008

TO:         Colleen Lydon, Courtroom Clerk to
            Honorable Edward J. Garcia

FROM:       Debra Lancaster, Secretary on behalf of
            Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    United States v. Raul Lopez
            CR-S-08-069-EJG

---

This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for August 8, 2008, is to be continued to **Friday, August 29, 2008 at 10:00 a.m.**

The Courtroom Clerk, Assistant United States Attorney Kyle Reardon, and Supervising United States Probation Officer Karen Meusling have been notified of the new date.

**IT IS SO ORDERED**.

Dated: August 7, 2008                    /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Court

/dl
cc:   Kyle Reardon, AUSA (ECF)
      Karen Meusling, USPO (Email)
      Raul Lopez